**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 1 2 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL No. 19-1614 JB |
| ) | |
| vs. ) | 18 U.S.C. §§ 1153 and 1112: Involuntary |
| ) | Manslaughter. |
| **MATEO MAESTAS**, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about April 16, 2019, in Indian Country, in Cibola County, in the District of New Mexico, the defendant, **MATEO MAESTAS** an Indian, unlawfully killed Jane Doe, by operating a motor vehicle without due caution and circumspection and with a wanton and reckless disregard for human life when he knew and should have known that his conduct imperiled the lives of others.

In violation of 18 U.S.C. §§ 1153 and 1112.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
6/4/2019