## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE

Before the Honorable Jerry H. Ritter

United States Magistrate Judge

| Clerk's Minutes | Arraignment | | | |
|---|---|---|---|---|
| Date: | 6/19/2019 | Case Number: | 19-1614 JB | |
| Case Title: USA v. | Mateo L. Maestas | Liberty: | Rio Grande @ | 9:51 am |
| Courtroom Clerk: | C. Lopez | Total Time: | 2mins | |
| Probation/Pretrial: | Delma Ramos | Interpreter: | | |

ATTORNEYS PRESENT:

| Plaintiff: | Novaline Wilson | Defendant: | Sylvia Baiz |
|---|---|---|---|

PROCEEDINGS:

- ☐ First Appearance of Defendant
- ☒ Defendant received a copy of the Indictment
- ☒ Defendant questioned re: time to consult with attorney regarding the penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant is ready to enter a plea
- ☒ Defendant enters a plea of NOT GUILTY to all counts
- ☒ Motions due by: 7/9/2019
- ☒ Discovery Order electronically filed
- ☒ Case assigned to: Judge Browning
- ☒ Trial set on trailing docket: TO BE NOTIFIED
- ☒ Defendant released on previously imposed conditions
- ☐ Other: