**SCIENTIFIC LABORATORY DIVISION**
1101 Camino de Salud, NE, Albuquerque, NM 87102
Please type or print full information to avoid delay in report.

**Chain of Custody for Implied Consent Evidence**

Date Received: 04/17/19   Time Received: 15:05   Lab No.: IC-DWI-1904-046

## INFORMATION IN THIS BLOCK TO BE FILLED IN BY ARRESTING OFFICER

**ARRESTING OFFICER IDENTIFICATION:**

Agency: LAGUNA POLICE DEPARTMENT

Address: PO Box 194
City: LAGUNA  State: NM  Zip Code: 87026

Officer's Name: TOUCHIN, JR.  ROBERT

Arrest Date: 4-16-19  Arrest Time: 1648 ☐AM ☒PM

Blood drawn by: HAMPTON  HARRY

Place drawn: UNMH ER   Date blood drawn: 4-16-19

Time blood sample drawn: 8:12 ☐AM ☒PM

Blood draw witnessed by: (Signature)

REMARKS:

(Signature of Arresting Officer)

**SEND COPY TO:**
Donor's identification:

Name: MAESTAS  MATEO  LLOYD

Address: P.O. Box 582
NE OJO ENCINO SCHOOL
City: CUBA  State: NM  Zip Code: 87013

Sex: M  Weight: 144  Date of Birth: 7-01-97

SSN: 649 12 0349   Dr. Lic.#: 513016751

County: CIBOLA

**REASON SUSPECT STOPPED:**
☐ Erratic Driving
☒ Accident ☐ Fatal ☐ Great Bodily Injury ☐ Other:
☐ Other:

Investigated or Witnessed by: (Signature)

## INFORMATION BELOW IS TO BE FILLED IN BY DRAWER OF ANY BLOOD SAMPLE

On the date, time and place indicated above, I drew blood samples from the above named donor and marked and sealed the samples with the donor's name. The blood was collected using the entire contents of an SLD-approved blood collection kit in accordance with the instructions.

(Signature of blood drawer)  Date: 4-16-19  Title: Phlebotomist  Employer Name: Quick Draw LLC

## LABORATORY RECEIPT

Specimen: ☒ Blood  ☐ Other:
Received from: ☐ Via Mail ☒ In Person ☐ Other:
Seal Intact: ☒ Yes  ☐ No  If No, explain:

Received in person from: UHL 12: Galvin
Other Remarks: Vial #1 States "Maestas Mateo", vial #2 States "Maestas Mateo".

(Signature of Receiving Employee)

**CASE NUMBER** 19-0813-CR

Effective Date: July 1, 2013

EXHIBIT A   U.S. v. Mateo Maestas_174

**Scientific Laboratory Division**
1101 Camino de Salud, N.E.
Albuquerque, NM 87102
(505) 383-9000

NPI: 1548488414
Accredited by American Board of
Forensic Toxicology



| | |
|---|---|
| ATTN: | ROBERT TOUCHIN |
| AGENCY: | Laguna Pueblo Tribal Police |
| FROM: | FORENSIC TOXICOLOGY BUREAU, SCIENTIFIC LABORATORY DIVISION |

## MEMORANDUM CONCERNING TOXICOLOGY TESTING

The Toxicology Bureau has performed toxicology analysis on the case below.

| | | |
|---|---|---|
| RE: | Case Number: | IC-DWI-1904-046 |
| | Subject: | METEO MAETAS |
| | Date Received: | 4/17/2019 |

**PLEASE FAX A COPY OF THE POLICE REPORT TO SLD AT 505-383-9088 AS SOON AS POSSIBLE.**

Information of particular interest includes driving pattern or behavior, reason for stop, observations or signs of impairment. Providing this information to SLD will allow us to provide improved service in terms of drug detection.

* If you require an opinion of impairment, please call 505-383-9109.

**Pursuant to NMSA 1978, Section 66-8-105 (Implied Consent Act) and NMAC 7.33.2.15, samples shall be retained for a period of not less than six months from the date of receipt at SLD.**

If any party requires that samples be retained for more than six months, that party must submit a request in writing to SLD.

The written request must specify the name of the donor of the sample, the date of arrest, the county of arrest and, if available, any laboratory identification numbers.

Thank you for your assistance.

CASE NUMBER
U.S. v. Mateo Maestas_175813-CI

**Scientific Laboratory Division**
1101 Camino de Salud, N.E.
Albuquerque, NM  87102
(505) 383-9000

NPI: 1548488414
Accredited by American Board of Forensic Toxicology

**Report of Drug Analysis**



**SLD Case #:** IC-DWI-1904-046

**Submitter:** Laguna Pueblo Tribal Police
P.O. Box 194
Laguna, NM  87026

**Donor:** METEO MAETAS
P.O. BOX 582
Cuba, NM  87013

**Arresting Officer:** ROBERT TOUCHIN

**Date of Birth:** 7/1/1997
**Social Security #:** 649120349
**Date of Arrest:** 4/16/2019
**Gender:** Male

**Sample #:** 2019901425
**Source:** Blood, whole
**Date Received:** 4/17/2019  16:38

The toxicological results for the above sample are listed below:   **Method**

Ethanol                                         0.19 g/100 mL                         GLC
The measurement of uncertainty is ± 4.8% at a confidence level of 95%.

**Reviewer Signature:** _(signed)_
**Print Name:** Samuel Kleinman, Ph.D.
**Date of Review:** 5/11/2019

On this date I mailed a legible copy of this report to the donor and the submitter at the above address.

**Laboratory Employee:** _(signed)_
**Date Mailed:** MAY 1 4 2019

U.S. v. Mateo Maetas CASE NUMBER
19.0873-CI
