**Incident Narrative**
**19-0873-CI_6**

On May 20, 2019 at 1:43 p.m. I Special Agent David Clendenin was provided with the blood alcohol results for Mateo Maestas which were drawn on April 16, 2019. The sample was received on April 17, 2019. The results were mailed on May 14, 2019. The blood alcohol report indicated Maestas had a blood alcohol level of 0.19g/ 100ml.

The results were document have been placed into the case file.

Further information will be submitted by supplemental report.

END OF REPORT

David Clendenin SA 110.


Approved:
Frances L. Flores
Special Operations Lieutenant
June 7, 2019.

Bate 089

EXHIBIT B